UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
|                                    |                                      |
| ERIC FROMM,                        | :                                    |
|   *Plaintiff*                      | : Civil Action No. 3:25-cv-01239     |
| v.                                 | :                                    |
|                                    | :                                    |
| NCRC TENNIS, LLC                   | :                                    |
|   *Defendant.*                     | : Dated:  October 22, 2025           |
| _____   | :                                    |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Federal Rules of Civil Procedure 7.1, the undersigned counsel respectfully moves to withdraw his appearance in the above-captioned matter on behalf of Plaintiff Eric Fromm. Mr. Fromm intends to engage new counsel and has directed the undersigned to terminate his representation. Mr. Fromm has actual notice of the filing of this motion.

By: __*/s/ Stuart Katz, Esq.*_____
Stuart M. Katz, Esq. (ct12088)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
Telephone: (203) 368-0211
skatz@cohenandwolf.com
ndwyer@cohenandwolf.com

1

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 22, 2025 a copy of the foregoing Motion to Withdraw was filed electronically and emailed to Plaintiff Eric Fromm.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

              */s/ Stuart M. Katz*_____
              Stuart M. Katz, Esq.